IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LUEVANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAROLE OFFICER RON HILL,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 06-0164 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |

### BACKGROUND

Plaintiff Edward Luevano ("plaintiff") proceeds pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). Plaintiff proceeds with a form complaint ("complaint") to name as defendant parole officer Ron Hill ("Officer Hill"). The complaint alleges that in April 2004, Officer Hill acted "with total disregard for ethics, compassion or fairness" in connection with a photo of plaintiff appearing in the Fresno Bee. The complaint seeks monetary and punitive damages.

The magistrate judge issued his March 10, 2006 findings and recommendations to dismiss this action without prejudice on grounds that the complaint fails to satisfy pleading requirements and to allege cognizable section 1983 claims and appears intended to vex Officer Hill. Plaintiff filed no timely objections to the findings and recommendations.

### CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's findings and recommendations are

supported by the record and proper analysis.

    Accordingly, this Court:

    1.    ADOPTS in full the magistrate judge's March 10, 2006 findings and recommendations;

    2.    DISMISSES this entire action without prejudice on grounds that the complaint fails to satisfy pleading requirements and to allege cognizable section 1983 claims and appears intended to vex Officer Hill; and

    3.    DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 12, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE